**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x
UNITED STATES OF AMERICA,                 :

    -against-                                   :          ORDER

ELVIN JAVADZADE,                          :          18-cr-509-008 (GBD)

                Defendant.   :
------------------------------------x

GEORGE B. DANIELS, United States District Judge:

    In accordance with Mr. Shalit's Letter Motion, filed on October 10, 2024, this Court respectfully directs the Clerk of Court to terminate Mr. Shalit's appearance on the above-captioned docket.

Dated: OCT 17 2024
      New York, New York

                        SO ORDERED.

                        GEORGE B. DANIELS
                        United States District Judge