**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

:

:

     -against-            :           <u>ORDER</u>

:

ELVIN JAVADZADE,            :      18-cr-00509-008 (GBD)

:

:

           Defendant.     :

:

:

:

:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

     Defendant's request that new counsel be appointed for the purposes of seeking early

termination of parole is DENIED.

Dated: New York, New York
      October 17, 2024

                            SO ORDERED:

                            GEORGE B. DANIELS
                            United States District Judge